# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIUDMILA PYSHENKINA,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>USCIS LOS ANGELES ASYLUM OFFICE, et al.,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-01518-NJK<br><br>**ORDER**<br><br>[Docket No. 1] |

　　　　Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. Plaintiff has since paid the filing fee, Docket No. 6, so the Court **DENIES** as moot the application to proceed *in forma pauperis*. In light of that ruling, the Court also **INSTRUCTS** the Clerk's Office to file the complaint (Docket No. 1) on the docket and to issue summonses to each Defendant. Plaintiff must promptly serve Defendants. *See* Fed. R. Civ. P. 4(m).

　　　　IT IS SO ORDERED.

　　　　Dated: August 28, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1