# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LIUDMILA PYSHENKINA,

    Plaintiff(s),

v.

USCIS LOS ANGELES ASYLUM OFFICE, et al.,

    Defendant(s).

Case No. 2:24-cv-01518-NJK

**ORDER**

On August 28, 2024, the Court ordered the complaint be filed on the docket and that Plaintiff effectuate service. Docket No. 8. Service must be completed within 90 days. Fed. R. Civ. P. 4(m).

Service on a federal agency or officer requires not just service on that agency or officer, but also service on "the United States." Fed. R. Civ. P. 4(i)(2). Service on the United States requires, *inter alia*, that the plaintiff must:

> (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought— or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or
>
> (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office; [and]
>
> (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C. . . .

Fed. R. Civ. P. 4(i)(1).

Plaintiff thereafter filed proof of service in the form of various certified mail receipts. *See* Docket No. 11. The Court has not identified on the docket, however, proof that the summons and complaint were sent to the United States Attorney's Office or the Attorney General in accordance with Rule 4(i)(1).

Accordingly, Plaintiff must, by January 10, 2025, either file a notice of compliance with Rule 4(i)(1) or file a written explanation why this provision is inapplicable in this case. The Court also extends the deadline to effectuate service to January 10, 2025.

IT IS SO ORDERED.

Dated: December 9, 2024

_____
Nancy J. Koppe
United States Magistrate Judge