# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIUDMILA PYSHENKINA,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>USCIS LOS ANGELES ASYLUM OFFICE, et al.,<br><br>　　　Defendant(s). | Case No. 2:24-cv-01518-NJK<br><br>**ORDER**<br><br>[Docket No. 13] |

　　　Pending before the Court is a motion to remove the USCIS Los Angeles Asylum Office as a Defendant. Docket No. 13. This filing appears to be a notice of voluntary dismissal of Defendant USCIS Los Angeles Asylum Office, Fed. R. Civ. P. 41(a)(1)(A), which does not require judicial approval. Accordingly, the Clerk's Office is **INSTRUCTED** to reclassify the filing as a notice of voluntary dismissal of this one Defendant rather than as a motion, and to process the notice as such.

　　　IT IS SO ORDERED.

　　　Dated: January 3, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge